IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br><br><br>vs.<br><br><br>BRANDON KEITH THOMPSON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO CORRECT AND AMEND FINAL ORDER TO RUN CONCURRENTLY WITH STATE TIME<br><br><br><br><br><br><br>Case No. 2:04-CR-795 |

Before the Court is Defendant's Motion to Correct and Amend Final Order to Run Concurrently with State Time.[1]  In his Motion, Defendant asks the Court to clerically correct his Judgment[2] to have his sentence run concurrently with his state time.  Defendant states that this was the intention at the time of sentencing, but it is not reflected in the Judgment.  The Court has reviewed the transcript for the sentencing hearing held on November 6, 2006.  At that hearing, there was no discussion concerning whether Defendant's sentence was to run concurrently with his state time and Defendant did not ask the Court to make that a part of the Judgment.

---

[1]Docket No. 97.

[2]Docket No. 94.

1

Since Defendant did not request that his sentence run concurrently with his state time at the time of sentencing and has provided the Court no authority to amend the judgment, Defendant's Motion to Correct and Amend Final Order to Run Concurrently with State Time (Docket No. 97) is DENIED.

DATED this 19th day of July,  2007.

BY THE COURT:

_____

TED STEWART
United States District Judge